**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **ANDREW MCGONIGLE,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Civil Action No. 1:26-cv-00719-MSN-WEF** |
| **I.C. SYSTEM, INC.,** | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION TO DENY CLASS CERTIFICATION**

Defendant I.C. System, Inc. moves under Federal Rule of Civil Procedure 23(c)(1)(A) for an order denying certification of the class proposed in Plaintiff's Complaint. As explained in the separately filed Memorandum of Law, which Defendant incorporates herein, Plaintiff cannot establish an administratively feasible method of identifying class members, common questions do not predominate, and a class action would not be superior to individual adjudication. Neither Rule 23(b)(1) nor Rule 23(b)(2) supplies an alternative basis for certification.

Defendant therefore requests that the Court deny class certification and, pursuant to Rule 23(d)(1)(D), direct Plaintiff to amend the Complaint to eliminate the class allegations, leaving Plaintiff's individual claim to proceed.

Respectfully submitted,

By: /s/ Noah J. DiPasquale

Noah J. DiPasquale (VSB No. 96519)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
noah.dipasquale@troutman.com
Counsel for Defendant I.C. System, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

William Robinson
4067 South Four Mile Run Dr., #302
Arlington, VA 22204
wprlegal@gmail.com
Anthony I. Paronich
(admitted pro hac vice)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*/s/ Noah J. DiPasquale*
Noah J. DiPasquale

*Counsel for I.C. System, Inc.*