**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **ANDREW MCGONIGLE,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Civil Action No. 1:26-cv-00719-MSN-WEF** |
| **I.C. SYSTEM, INC.,** | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant I.C. System, Inc.'s Motion to Deny Class Certification (the "Motion"). Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, the record, and the arguments of counsel, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that class certification is **DENIED** pursuant to Federal Rule of Civil Procedure 23(c)(1)(A); and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 23(d)(1)(D), Plaintiff shall file an amended complaint within fourteen (14) days of this Order that eliminates the class allegations, and this action shall proceed solely on Plaintiff Andrew McGonigle's individual claims.

The Clerk is directed to forward a copy of this Order to all counsel of record.

It is SO ORDERED.

______________________________
Michael S. Nachmanoff
United States District Judge

________________, 2026
Alexandria, Virginia