**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **ANDREW MCGONIGLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:26-cv-00719-MSN-WEF** |
| | ) | |
| **I.C. SYSTEM, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF MICHELLE KREIDLER DOVE**

I, Michelle Kreidler Dove, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am General Counsel and Chief Compliance Officer of I.C. System, Inc. ("IC"). I am authorized to make this declaration on IC's behalf.
2. I have personal knowledge of IC's records and the information available to IC through my work and my review of records in this action. If called to testify, I could and would testify competently to the matters stated here.
3. At all relevant times, IC has had a contractual agreement with LiveVox, Inc. ("LiveVox") pursuant to which LiveVox initiates certain calls to telephone numbers supplied by IC.
4. LiveVox provides certain call data to IC for calls it initiates on IC's behalf.
5. The call data IC receives from LiveVox is stored in IC's proprietary database known as "ICE."
6. ICE documents the outcome of call attempts based solely on data received from LiveVox.
7. The data fields in ICE include date and time, event, action, description, user, account and debt identifiers, dialer designation, agent identifier, call time where captured, disposition, and telephone-number status.

8. LiveVox does not furnish IC data reflecting that an outgoing hold message was played during a call.

9. ICE contains no field, code, flag, or other indicator establishing that a hold message was or was not played during any call.

10. The mere fact that a call was placed does not establish that the hold message played.

11. The call's duration, disposition, or connection to an IC representative likewise does not establish that the hold message played.

12. A "Wrong Number Claimed," "Invalid," or equivalent code does not establish that the hold message played.

13. LiveVox provides call recording services to IC.

14. The call recordings IC receives from LiveVox begin at the time an IC representative comes on the line.

15. The recordings therefore do not establish whether the hold message played during any outgoing call.

16. IC has no independent source of message-playback data.

17. IC does not possess a report, log, recording, or other record identifying the outbound calls during which the hold message actually played.

18. IC cannot use its existing records to identify a population of calls during which the hold message played.

19. Nor can IC compile from those records a count of unique telephone numbers called using the hold message.

20. The absence of playback information does not establish that the hold message did or did not play during a particular call. It means IC's records do not establish whether that event occurred.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on November 5, 2026, in St. Paul, Minneapolis.

Michelle Kreidler Dove